# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Tabitha Megan Mckenzie

Brandon James Bradley,

_____,

*(Write the full name of each Plaintiff
filing this complaint.  If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

Case No.: 4:23-cv-198 AW/MAF
*(To be filled in by the Clerk's Office)*

**v.**

Casey Tidwell Baxer,

Eric Love , Sandra Painter ✓

*(Write the full name of each Defendant
who is being sued in this complaint.  If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

Christopher Patterson , ✓

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND TL
MAY 15 '23 PM4:04

-1-

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

    1. Plaintiff's Name: _Casey Tidwell Barron_

       Address: _4481 Clinton Street_

       _casey.barron@my.families.com_

       City, State, and Zip Code: _Marianna Fl 32446-3437_

       Telephone: _850 415-5146_ *(Home)* _____ *(Cell)*

    2. Plaintiff's Name: _Eric Love_

       Address: _P.O. Box 917_

       _Eric.love@gal.fl.gov_

       City, State, and Zip Code: _Marianna Fl 32447-9107_

       Telephone: _850 415-5146_ *(Home)* _____ *(Cell)*

      *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Ron Desantis_

   Official Position: _Govenor Florida_

   Employed at: _Government_

   Mailing Address: _400 South Monroe Street_
   _Tallahassee, FL 32399_

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: _Congress Neal Dunn_

   Official Position: _Congress_

   Employed at: _Government_

   Mailing Address: _840 West 11 Street_
   _Panama City Fl 32401_

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** which show why you are entitled to relief.  Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

I'm attaching short information about a total of 35 defendent that I have proof from over a year that violated my kids and husband 14 amendments I will start briefly with Casey Barnes lied in court that can be proved her

**Factual Allegations, Continued** *(Page ___1___ of ___30___)*

be proven that all defendent from the judges and even the Governor had information of me asking for help with investigation and I even contacted the FBI feeling as if they or the smartest law enforcement and suppose to protect Black people and is aginest human trafficking and violations of Civil Rights but didn't protect myself or kids, So I reached out to Congress Senators that did nothing with more then 50 or more emails and calls. Then the JQC that didnt do anything to either judge but let Patterson stay on the case now I'm in jail from here and kids gone husband in jail also. Then the Bar that knew about our rights did knowing at all to none of the white lawyer even when I paid $6000.00 sold my car for over a year I beg for help with my kids.

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

The attachment has a list of violations that each defendent done which is the 1st amendment and three Judges 6 amendment along with the 14 amendment

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I would like for the court decide of the amount of relief, And to consider charging Casey Burren Brittney Baxter Judge Patterson Ron Desantis Hate crime.

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/11/23   Plaintiff's Signature: _Tab/Mc_

Printed Name of Plaintiff: _Tabitha Mckenzie_

Address: _1100 Brick Yard Road_
_Chipley Fl 32428_

E-Mail Address: _tabindiavegas0517@gmail.com_

Telephone Number: ___850 703-9832___

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

relief requested

With the matter being so real and painful I rather the court decide what relief for the case and for the kids. And for myself I would like for the court to decided of the money when Mrs Simpson charge me $6000.00 for nothing Mrs Groover did get off the case but she along with the other should have to pay for each month that I suffer And the kids Now I would also like for this to be Consider a Hate Crime with the DCF staff and lawyers And the Governor Inspector General Joel Booth Exspecially Casey Barnes / Brittney Baxter Judge Patterson is awful to get away with the pain done to myself and my baby, I also want my kids back with myself and protection after they return from the FBI or Any other Government Person.

Lawyer

6. Michel Lee    Lawyer Northwest Health Network
525 North Martin Lurther King Blvd
Tallahasee, Fl 32301
( Individual sued)    1983

7. Micheal Sesser    Lawyer DCF
705 West 15 Street
Panama City, Fl 32401
Sued Indiudual    1983

8. Joel Booth    Placement Director Anchuse
2121 Liseby Ave
Panama City, Fl 32405
Indiudual sued    1983

9. Brittney Baxter    Careworker DCF
4481 Clinton Street
Marianna, Fl 32446-3437
Indiudual Sued    1983

10. Governor Ron DeSantis    Governor Florida
400 South Monroe Street
Tallahasee, Fl 32399
Government agency / Indiudual Sued
Both (Bivens case)    1983
official

Level of Lawsuit

1. ☆ Casey Tidwell Barren
DCF lawyer
Department Children Families
4481 Clinton Street  Marianna Fl 32446
(Sued Individual) 1983

2. Eric Lone                    (lawyer)
P.O. Box 917
Marianna Fl 32446
(sued Individual) 1983
State of Florida Guardian ad Litem

3. Christopher Scott Lawyer    ✓
1106 East Harrison Ave
Panama City, Fl 32401
(Sued Individual) 1983

4. J Frank Everson    ✓   Guardian ad litem
P.O. Box 10628
Tallahassee, Fl 32302
(Sued Individual) 1983

5. Lisa Turner  Case munger DCF
4481 Clinton Street    ✓
Marianna, Fl 32446-3437
(Sued Individual)    1983

Statement of Claims

14 Amendment          ~~over~~ turn over

Christopher Scott ✓   14 Amendment
Frank Everson ✓   14 Amendment
Lisa Turner ✓   14 Amendment
Micheal Sesser ✓ 14 Amendment
Joel Booth ✓   14 Amendment
Brittney Baxter ✓  14 Amendment
Ron Desantis ✓   14 Amendment
Shavon Harris ✓   14 Amendment
Ami Young ✓   14 Amendment
Elizabeth Ceaser ✓  14 Amendment
✓ Christopher Patterson 14 Amendment 6 Amendment
David Johnson 14 Amendment 6 Amendment
Timothy Registers 14 Amendment 6 Amendment
Andrew McGinnley   14 Amendment
Megan Ford   14 Amendment
Elizabeth Simpson  14 Amendment
Charles Williams  14 Amendment
Zachary VanDake  14 Amendment
Charles Groover  14 Amendment
FBI   14 Amendment
Scott Burgess  14 Amendment
Casey Biglow   14 Amendment
Guardian ad litem office  14 Amendment
Courtney Murphy   14 Amendment
Marco Rubio   14 Amendment
Neal Dunn   14 Amendment
Micheal Ritchen   14 Amendment
Josha Doyle   14 Amendment

Brian Teagle              14 Amendment
Shannel Shyyler      14 Amendment
PBP

level state

Sainder Painter   lawyer
1293 Jackson Ave
Chipley Fl 32428   850 638 6000
Ind'l individual      1983

Megan Ford          state lawyer
1293 Jackson Ave
Chipley, Fl 32428
individual    1983

24. Scott Burguess & CEO David Lawerence
        6075 Baphey Lane
        Naples Fl 34116  (239) 455-8500

25. Casey Biglow      Lawyer
    1293 Jackson Ave
        Chipley Fl 32428 (850)638-6000

26. Guardian ad Litem office
    P.O. Box 10628
        Tallahassee, Fl 32302

27. Marco
    85
    407-254-2573


28. Neal Dunn  Congress
    840 West 11 Street
    Panama City Fl 32401   850 785-0812

29. Micheal Richer   LT Chipley Police
    1293 Jackson Ave
        Chipley Fl 32428  850 638-4316

17. Andrew Mc Ginnley.    General Causlan OCF
2415 North Monroe Street
Tallahassee, Fl 32303 (850) 488-1005 (850) 717-4118

18. Megan Ford    State attorney
1293 Jackson Ave
    Chipley Fl 32428 (850) 638-6150

19. Elizabeth Simpson

20. Charles Williams  Lawyer
P.O. Box 1663
Panama City, Fl 32402 (850) 832-4121

21. Zachary Van Duke    lawyer
5 miracle Strip Loop
    Panama City, Fl 32407 (850 215-6445

22. Sharlen Groover    Lawyer
2872 madison Street
marianna Fl 32448 (850) 482-4050

23. FBI
227 Worth Bronough
Tallahassee, Fl 32301 (850) 224-4107

3. Plaintiffs
   Christopher Scott     Lawyer  minor child
   1106 East Harrison Ave
   Panama City, Fl 32401 (850) 381-8536

4. J Frank Everson   Guardian ad litem
   P.O. Box 10628
   Tallahassee, Fl 32302

5. Lisa Turner              case manger
   4481 Clinton St
   Marianna Fl 32446-3437   (850) 326-6131

6. Micheal Lee    Lawyer adoption Northwest Health Network
   525 North Martin Lurther King Blvd
   Tallahassee, Fl 32301  850 410-1020

7. Micheal Sesser    Lawyer DCF supervisor
   705 West 15 Street
   Panama City, Fl 32401  (850 872-7670

8. Joel Booth       placement Director
   2121 Liseby Ave
   Panama City, Fl 32405 (850)763-7102

9. Brittney Baxter    casemanger supervisor
   4481 Clinton Street
   Marianna, Fl 32446-3437   850 415-5146  850718-0525

10. Governor Ron DeSantis    Governor of Florida
400 South Monroe Street
Tallahassee, Fl 32399 (717) 9337

11. Sharon Harris    — Director DCF
400 South Monroe Street
Tallahassee, Fl 32399 (850) 717-4136

12. Ami Young    Inspector General DCF
2415 North Monroe Street    suite 400-I
Tallahassee, Fl 32303 (850) 488-1225

13. Elizabeth Ceaser    Client relations DCF

14. Chistopher Patterson    chief Judge
1293 Jackson Ave
Chipley Fl 32428    (850) 638-6255

15. David Johnson    (Judge)
4445 Lafayett Street,
Marianna Fl 32446 (850) 747-5255

16. Timothy Register    Judge
P.O. Box 2237    (850) 747-5327
Panama City, Fl 32402

16 Elizabeth Ceaser    client relation DCF

Individual Sued / 1983 /offical
Bivens Both

17. Sharten Groover       lawyer
2872 Madison Street
Marianna Fl 32448
Individual    1983 /Bivens Both

18. Andrew McGinvey. General Counslar DCF
2415 North Monroe Street
Tallahassee, Fl 32303
Individual sued   //1983 /Bivens Both
offical capacity

19. Charles Williams    lawyer
P.O. Box 1663
Panama City, Fl 32402
Individual sued   1983 /

20. Zachary Van Duke    lawyer
5 mircle Strip Loop
Panama City, Fl 32407 /1983
Individual sued /1983

11. Shavon Harris Director DCF
400 South Monroe Street
Tallahassee, Fl 32399
Federal official (Biven case) / 1983 Both

12. Ami Young          Inspector General DCF
2415 North Monroe Street
Tallahassee, Fl 32428   B   (1983) Bivens
sued in Individual / offical capacity

13. Christopher Patterson  chief Judge
1293 Jackson Ave
Chipley Fl 32428
sued in Individual     1983

14. David Johnson   Judge
4445 Lafayett Street
Marianna Fl 32446
Individual sued     1983 / B

15 Timothy Register   Judge
P.O. Box 2237
Panama City, Fl 32402
Indivdual sued    1983 / offical capacity

30 Joshua Doyle   Bar Director
651 Jefferson Street
Tallahassee, Fl 32399
Indidual  1983  / Bivens

31. Brian Teagle  Director JQR
P.O. Box  14106
Tallahassee Fl 32317 /
Indidual  1983  / Bivens

32. Shannel Shyuller   Grivence Director BAR
651 Jefferson Street
Tallahassee Fl 32399
Indidual  1983 / Bivens

33. Courtney Murphy
400 South Monroe Street
Tallahassee, Fl 32399-
Indidual  1983

24 FBI
227 Worth Bronough
Tallahassee, Fl 32301
                    Bivens case
~~25. Scott Burgues~~

25. Scott Burguess CEO David Lawence Behavior
6075 Baphey Lane
Naples Fl ~~34116~~ 34116
    Individual sued    1983

26. Casey Biglow   Blawyer
1293 Jackson Ave
Chipley, Fl 32428
Individual sued  /1983

~~27.~~ ~~Jonathan Whitson~~
    ~~Bronoush 10038~~
    ~~Tallahassee, Fl 32302~~

27 Marco Ø              Senator
407 254-2573
Individual sued /Bivens //1983
    offical

Megan Ford          State attorney
1293 Jackson Ave
Chipley Fl 32478    1983   /Bivens

30. Joshua Doyle        Bar Director
651 Jefferson Street
Tallahassee, Fl 32399 (850) 561-5600

31. Brian Teagle  Director JQR
P.O. Box 14106
Tallahassee, Fl 32317

32. Shannel Shyuller    Grievance Director BAR
651 Jefferson Street
Tallahassee, Fl 32399-  850 561-5600

33. Courtney Murphy        resolution person OCR
400 South Monroe Street
Tallahassee Fl 32399-  850 717-4136

34. ~~Megan Freel~~
~~1293 Jackson Ave~~
~~Chipley Fl 3~~

34. Sainder Painter    conflict lawyer
1293 Jackson Ave
Chipley Fl 32428    ~~86466~~ 850 638-6000

cause

Elizabeth Ceaser

Mrs Elizabeth Ceaser which is
the client relations director
of DCF and from the first
complaint before the kids
were removed Oct 29, 2021
me asking for a case to
get transfer to a diffrent
County because I felt like
the case worker and
investigator was treating
me bias. And the investigator
gave me a hard time
about information which
being in her postion to
make sure that DCF staff
and clients were fairly
she didn't. But she did
violate my 14 amendment
along with letting my kids
that or black continue to be
sexual abuse along with
mental abuse. Refusing to
stop the abuse and the
racist treatment over
a year over 105 emails
begging for help.

Ami Young    Inspector General
                              DCF

Ami young the Inspector general
DCF had information from
Oct 29, 2021 me asking for
help when I ask for the
case to be transfer due
to bias at that time.
Mrs young did violate my
children and my 14 amendment
with the whole 18 months
from letting the racist
lawyer / dishonest lawyer
that I had a bar complaint
remain on the case
Casey Barren and not making
them honor visit are give
medical information and
left the kids in the hands
of the abusers Foster Parents
Ryne and Summer Kendel and
Groups homes for India with
reports of rape to my kids.
She had a duty and didn't
do it but allowed cruel
treatment to my kids
and myself.

David Johnson          cause

Judge Johnson violated my 14
amendment along with 11
amendment when on 11-2-2021
violate the due process by
punishing myself and
husband for talking on
the phone without a no
contact to about our kids
Taking the the kids over
a lie from Casey Barnes
but I could of talk
to my husband and it
was no grounds to not
let me see my kids
Even if my husband was
accused of sexual abuse
innocent into proven guilty,
They punish us for being
married because of my
husband past. When it my
right to marry and start
a family with who ever
I want And it has been
hell since that court which
is recorded, 11-2-21

Megan Ford                        turn over

cause

Megan Ford was the state attorney
on the case and knowing that
it wasn't any conversation between
my husband Andy and myself
about the case on a recorded
line while he was in the Washington
County Jail which it was a
direct violation of our 14
amendment when I went to
her to verify that Casey Barnes
had lied and had the kids
taken and then on March 24, 2022
charges from December was
brought up on myself witness
tempering concerning Leggs
Bradley when she was
present as a witness when
the child took off running from
her after she said mommy couldn't
come in the interview room.
But was charging myself two
months later with the charge
after DCF had me but in
jail before medation that
I never had she knew
my family 14 amendment
was violated and then had

me but back in Chipley for
a bond violation when my
17 year run away and found
me 30 miles. And
the child had been missing
before she found the me and
about all the sexual abuse
both kids exprience and ~~physical~~
emotional abuse they still
or going on well ~~~~ I'm
in jail and dad is in prison.
My 5 year is with the foster
family that its report sending
nude pictures to law enforcement
In Chipley India lock a way
unknow she had a duty
to hold DCF accountable for
even lying saying I was
dead human trafficing or a
black child did nothing.
14 amendment and 6 amendment
11 amendment.

Timothy Regiester     cause

On 12-16-2021 when Judge Regiester was on a hearing filling in for David Johnson after a complaint with JQR of being bias he had information that DCF lawyer Casey Barrer had lied about communication to with my kids or husband wasnt true. He did address the issue for Charles Williams to bring back to court concerning visit with minor kids and a order from Judge Johnson On -12-16-2021 Judge Regiester violated my 14 amendment as well with my kids which allowed DCF to remain on the case with the same dishonest white lawyer. And we have suffer since then and wouldnt contact the sitting judge Patterson ever with information of the abuse and mistreatmet of kids that were email to him. He had a duty but didnt for my family.

Shavon Harris    cause

Shavon Harris did have information
about the case worker violating
My family 14 amendment and
keeping my child from a education
and the white case worker that
lied about my rights and
me being dead over and over
I have / own 230 email that
will prove the level of
times from school the braces
on my child teeth after a
whole year refuse to take
her for medical, dental and
my child caught a STD she
attorney had a duty to make
sure fair treatment rather
black poor white rich was
treated to her and her needs
meed to her disabilty but
she did'nt, I will prove
with evidence she had information
about human trafficking sexual
abuse of both kids.

Governor Desantis
                              cause

From Oct 29, 2021 I contacted the
Governor office on the bias treatment
of the DCF investigator in the
case. And then when it came to
the fact that Casey Barnes lawyer
lied in court that is recorded 11-2-2021
about conversation between my
husband which got verified it wasn't
any by law enforcement and phone
recording. Which would of violated
our 14 amendment as well. Along
with it wasn't a order not to
talk to my legal spouse but to
allow for the state lawyer and
parties to continue to violate
our rights and with me emailing
150 emails calls as well asking
to please help with the racist
behavior keeping medical records
not letting me see my kids
while the Governor did do
anything to stop DCF but
kept my kids education medical
information from me. And them
too from family. And allowed my
disable child to get in human
trafficking at a group home rape
by staff He had a duty to but didn't

Cause

Zackary VanDyke

September 30, 2022 Mr VanDyke
was appointed on my case
after Elizbuth Simpson
got off at my request
from June Judge Patterson
sign and got her off.
He did violate my 14 amendment
and did know about all
the violations of DCF with
may my kids from hiding
medical information not trying
to get any education for my
child or represent me
compently and taking advantage
of my lack of education and
disability along of my child
that was put on drugs
rape Human trafficking
, and denied family contact
by white DCF staff and
the Gopers of Florida.
When it was his job
to fight for me but
he didn't make then
be accountable for nothing
I can prove *

Elizebeth Simpson

cause

Mrs Simpson got $6000.00 cash from me after I sold my car April 21,2022 and she knew with the information I provide about the violations of my 14 amendment concerning DCF and Judge Patterson which was from the human ~~trafficit~~ trafficking of my child. Lack of medical care the denial of mental health treatment and she refuse to address the dishonesty Lawyer Casey Bumen for DCF that had lied and had my kids taken from my family. And they wouldn't let me see my kids on visit that was order. Are refuse to ask Judge Patterson to get off the case even after the complaints I filled with JQC. And she also refused to address the violations of my child no education the whole time.

Shannel Shyuler          Cause

Mrs Shyuler is over the grievence of the Bar she violated my 14 amendment with Mrs Barren in the begining saying that Mrs Barren could lie if she thought it was best for the kids best interest in court on respond to my complaint. And about my husband I without a court order could talk about whatever we wanted unless it was about a crime and even then we or protected. But when I resumitted on this complaint to get reviewed since she didn't interview any of my witness only took casey Barren side. When she was bias and racist Mr Doyle the Bar director let her be over the same complaint agin And with him being at one point over the FBI knew about civil rights.

Brain Teagle                    Cause

Mr Teagle is over the JQC of
Florida that is over Judges he
violated my 14 amendment
11 amendment, 6 amendment
when he didn't do anything
over Judge Johnson or the
worse Judge Patterson that
allow me now to be without
kids and in jail even when
he knew that Judge Patterson
had got serve on 1-24-23
that I had filled a lawsuit.
Remain on my case to
continue to be racist toward
my kids and myself as
punishment about complaints
his portion is to make sure
laws and rights or up held
for people under judges
But He didn't which cause
children to be continye sexual
abuse denied education and
me to be hurt with my
freedom so I couldn't
fight for my kids He
needs to be accountable
being in his postion.

CASEY BIGLOW                cause

MR Biglow was my husband
lawyer Andy Bradley he ~~violated~~
violated my husband 14 amendment
6 amendment from the begining
of the case from not getting
~~tri~~ evidence such as
past mental health records
of the time when incident
3 year suppose to happen,
which now came out did'nt
happen. Not asking Judge
Patterson which was over
DCF case not to be on
the crimanel or getting
a charge of venue when
it was so much attention
on the news from the
case and that DCF had
violated our 14 amendment
ever when it wasn't a ordyer
not to talk. Next he had him
take a plea deal getting 10
years over a charge that
did'nt ever happen or get accused
of felony Battery He violated
the 14 Amendment and many
others

Guardian ad litem office

The office had many email as many as 25 from me asking to place get a person that could actually not be bias or racist to come see my family or talk to teachers and friends of that could of gave information about the kids they didn't at all only supporting the sexual abusers which is Ryne and Summer Kindell over my child Vegas and for India to not talk to the family exspecially me they violated my family 14 amendment as well and causing me to lose my kids to strangers that has hurt both Black kids. I will be able to prove this as well.

Page 1

Court

turn over

FBI

On 11-02-21 after court with the lawyer Carey Burner lying about myself talking to my kids and spouse about a open investigation and the Judge Johnson charging my visit without proof and with it being something that could be proved not true for help thinking the FBI can prove she a liar, Not knowing I could of talk to my husband about anything if I had it wasn't no order not to we had that right I feel that the FBI violated my family 14 amendment along with 21 other times I asked for help next time 2-25-2022 when the white Judge Patterson told me I couldn't fire my lawyer Charles Williams that had a bar complaint when I told them in the begining It seems as a racist illegal matter and I was being violated to the right to represent myself from the judge in a recorded hearing.

Then when the Heat detective
told me in saint Peterburg
that Brookwood Group home
was trafficking out foster
kids as young as 13 and
they believe they or allowing
drugs in there. And if my
daughter India could help
them save other girls with
the name of the detective
My child was violated sexual
sold for money and I
called them to help they
neglected a duty to protect
4's from Human trafficking
along with so many other
kids still there under DCF.

I called about the DCF giving fake
names of Doctor and childcare
location of my kid Sep 23,2022
And they were going to put
my daughter India in a mental
health place on sep 26,2022
Bittney Baxter did which they
lied on paper work saying I
was gaid for a whole week
FBI did nothing over a year.

Courtney Murphy    cause

Mrs Murphy has to have about
340 or more emails from
me and from the Department
of State along from the
Governor office about the
whole awful racist unconditional
treatment of DEF and refuse
to get the behavior or violations
to stop from when case
manager Lisa Turner provoke
India to try to kill herself
by calling her a whore
not changing the case
worker even with myself
and child requested it,
Along with many other
thing from denying records
leaving children in unsafe
place's denying family she
vidaled my kids and myself
14 amendment then denying
Rosemary Burkett to child
saying no because the child
couldn't see mom or Dad again,
When it child grandmother that
both parent wanted that past
back ground and was cleared

Neal Dunn                              Cause

Neal Dunn is the Congress and I
reached out to him over 28
times about my family civil
rights and the violations that
was under the 14 amendment
and he didn't do anything
which would of help me
kids from the year and continue
sexual abuse along with
the illegal sentence my husband
Andy recieved or my two
trump up charges and my
kids being taken all the
Bad that happen because,
he had a duty and didn't
so he violated our 14 amendment
as well. I have emails
go as for back to the first
court ~~hearn~~ hearing the
lie from Casey Barren when
I thought she was a case
worker not a lawyer.

Scott Burguess                    cause

Scott Burguess the Ceo of the
David Lawrence had the proof
I had rights to my child
medical information and
refuse for over a week
to not tell me anything
and had my child treated
with medication without
my permission into I went
on social media with
the Attorney General of United
State Department of Civil
Rights and the FBI along
with about 35 more
people attaching to email
saying treating minor without
permission of Parent then
next Day doctor told me of
the lie DCF case manger had
done he violated my 14
Amendment and my child.
And continue to treat India
on a medication I said stop
because of Problems. Then my
child got a charge on the
same medication because
they increase the medication
I got the proof.

Charlen Groover                cause

Charlen Groover was my lawyer
on 11-2-21 and got off the
case and knowing that Mrs
Casey Barnes and Judge David
Johnson was violating my
14 amendment with my
husband about us talking
with a order but didnt
address it in court but
got off the case without
explaining anything other
then telling me to do
a private adoption she
violated my 14 amendment
as well. She was my
lawyer and didnt do
anything except let the
DCF and Judge violate
my rights with my
husband rights I started
Paying Mrs Grover towards a
3000 retainer durning the
Pregnaey of Vegas I believe my
$ bylence was 1040.00. I was for DCF
if they tried to take baby and to go
back to court to India from long
term placement with grandma can
verify contract.

Charles williams · cause

He was the lawyer that
was appointed to my case
on 12-16-21 before Judge
Timothy Register Mr williams
did not violate my 14 amendment
& 6 amendment and he
wouldn't represent me in my
case or address what the
Judge said on 12-16-21 about
the visit with my kids and
then after it came out that
Casey Barnes lied on a
cop which is DCF lawyer
had takes my kids from
me. Would not respond to
me out of 58 email 27
text and 5 email from
the clerk of the court
He's just as racist as
the while klan of
defendents on lawsuit.
I did a bar complaint
he wouldn't get off
my case. Are address
the dishonest lawyer
or in the case that
continue to hurt us.

cause

Andrew McGinney

The General Counslour of DCF had evidence from court records and support that Casey Barren had lied a few times on the case but decided to violate my family 14 amendment along with the racist case mangers on the case that he knew had violate from hiding medical information lying to doctors about my rights being taken to keep me from getting medical records. Giving my child medication without permission and not changing the lawyer Casey Barren that lied more then 3 times on the case that even went as fare as to lie on deputy Bredem Nullis the night they took my kids from Annie Holmes the grandmother. The level of violations that he went along with from the human trafficking no school for Black child India leaving vegas with foster white family that had worse alligations then parents. The cruel pain and suffering on kids and parents

Christopher Patterson    cause

over continue

Judge Patterson being the chief, 2022
Judge got on the case January 22
and has directly misuse his
power and violated 14 amendment
to equal protection for myself and
husband kids. From allowing
so many cruel ~~hatef~~ hateful
things. First when on 12-16-21
in a recorded hearing a Judge
address the visit with my
kids he never made DCF
honor them 2-25-2022 wouldn't
let me get Charles Williams
off my case with a bar
complaint or Casey Borrer with
a Bar complaint completly nasty
to me the whole time even
after my child got put in
human trafficking through DCF
He didn't make DCF honor the
law with medical records
or a education for my child.
Wouldn't take hisself off the
case even after he got served
1-24-2023 under a civil lawsuit.
And refused to continue a TPR
hearing with me being sick
with covid and medical excuse

Get worse both kids has been sexual abuse with police report but denied family to get kids. And left the kids that or Black in the hands of the abuser when he remain over my criminal case my husband criminal case my mother law which is the children grandma case which charges got drop. And has been so racist had mom arrest on a bond revoke because of child that found her mom looking for protection and a lawyer but made sure my lawsuit would go cold on March 17 everything was sign warrent final judge notice of lawyer so it was all a plot to get my kids away and never made DCF honor visit with mom over 7 months before TPR And violated Amendment 1 for kids Amendment 11 as well.

Joel Booth                    Christopher Scott

· just cause            just cause              p-1-2

① Christopher Scott was the ~~cour~~ court
appointed lawyer for my daughter
India mckenzie in a dependency case.
Christopher Scott didn't ~~commente~~ allow
the 14 amendment to a due process
for my child. He also never allow
the child to protected from the
diffrent sexual abuse under DCF
care. And my daughter didn't get no
education while under DCF with
her having a disabilty he had a
duty to represent my child
compently and the 6 Amendment
along with 14 amendment was
violated. Mr Scott did have
a duty to explain my child rights
Ⓓ, and many other things about the
case I will be able to prove.

6. Joel Booth is the Placement Director
over the 14 ~~cicuit~~ circuit for foster
kids he violated my 14 amendment
along with my kids. By not giving
minor I.b a chance for a education
denying medical and not changing
racist case workers and not
giving medical information or honoring
visit with myself or family

Joel Booth

And Placing my disable child
in a group home that
got her in human trafficking and
drugs that expose her to danger
in Orange County And Saint Petersburg
Florida and the Heat detective
contacted me to get my child to
go under covers about the group
that was under investigation for
20 months that Mr. Booth but
there to keep from me myself
8 hours away and didn't get
any visit. And more fact that
I will be able to present.

7. Brittney Baxter the case worker violated
our 14 amendment and even went as far
as lying to David Lawrence Behavior saying I
was dead Sep 26, 2022 to keep me from contact
with my child India Menzie it so much
more hurtful behavior from this women
she continue to deprive my child from
a education to meet her disability and
lied to each place they send my daughter saying
I didn't have any rights before 1-26-2023
She even told minor child mom hadn't called
about her or want her. And she would come
off better to forget mom.

Frank Everson

Lisa Turner

just cause

2 Frank Everson was suppose to
be the mouth for the kids
age 4 and 16 and his whole
behavior towards myself and
family that is black was
completly racist. He only talk
to Annie Holmes the guardnutter
and India age 16 once from
Oct 21, 2021 never fully
allowing our 14 amendment
with the courts and our constitunel
rights to treated fairly no
matter what color was violated.

3, Lisa Turner completly throughout the
kids violated my children and
my husband along with me.
Denying them a 14 amendment
with ever medical inmartion
and edudcation for India
that was a disable child
from the state of florida
the whole time from 10-21-2021
And the prov right to
talk to myself with court
order visit. Calling the child
whore much more

Just case

Micheal Lee
Micheal sesser

4. Micheal Lee the attorny for
northwest Health network over
the adoptions violated my
kids and myself 14
amendment. Denying my
children to see myself
or family with court
order visit. Even with
the therpist Maral Este
the white racist lawyer
didn't allow me to see
my kids months before
the TPR and denying
my child the same chance
as any other white foster
child a education.

5. Micheal Sesser
Know us being the lawyer
for DCF that my 14 amendnt
along with my children which
both were sexual abuse and
me in Human trafficking was
violated but didn't do
anything to stop it but
continue to be a racist
and evil man by letting DCF
continue to violated 14 Amendnt

Mitcheal Ritchen

cause

LT Ritchen violated myself and child India under the 14 amendment of the [illegible] when I gave him the name of the detective with phone number that wanted my child to work when the DCF sold my child India mckenzie down south. He work with the Chipley police department and did nothing at all about protecting her rights as a person not to be sold for sex. When I been fighting for my kids And DCF get away with worse then the parent and to he had a duty to protect black kids as much as white.

Josha Doyle     cause

A Mr Doyle is the florida
Director and worked in the
past as a FBI Director
now I filled a complaint
on the fellowing lawyers
that all or white and violated
my 14 amendment or child
Lacey Barren, Charles Williams
Eric Love Chris Scott Zachary
VanDyke Micheal Sessea
Micheal Lee   Ben Niyal
Elizabeth Simpson and they
all violated under the 14
Amendment which Lacy
Barren lied over and over
to the point of having my
kids taken from her lie
And violating my kids right
to be able to go to school
medical he only denied
with the racist un constional
behavior of the lawyers.
Even Even after myself pointed
out the bias of so many
matter with racist handling so
he violated my 14 Amendment and
didn't do his duty as Bar Director.

Sainder Painter
Cause

Sainder Painter violated my husband 14 amendment throughout the whole case she didn't address the sexual abuse of foster parents wouldn't communicate with him about the case or notice of hearing and not having him brought to hearings about our child Vegas Bradley and never requested any medical or mental health reports that weren't provided even when our child had found out her lung at 4 is damage because of crib she cought out of home. Are about the violations of DCF not letting Rosemary Burkett which passed background through FDLE and haven't sent him any legal paper work at all not even the final order from 1-24-2023. Andy also filed ineffective counsin complaint on her before the TPR but she remain on the case she did violate amendment 14 and 6



Tabitha McKinzie
110 Brick yard Road
Chipley, Fl 33412 x

United States District Court
Northern District of Florida
111 North Adams Street Suite 322
Tallahassee, Fl 32301

MAY 1 5 2023