5-12-2023

To the Clerk of court

By now my 1983 claim should of reach your office now the chief Deputy Clerk Dana Shennon did change my claim by living people off it. Such as all the people on the 1983 claim accept the FBI was on my claim that she told me verbal it didn't matter I feel she should be charge with Altering lawsuit and she kept information out of the portal so my claim could be drop. Now look at the date of when Judge Patterson got serve and then still was over my hearing and then had me put in jail on a bond violation about my child. Please Help me because the lousy courts cant be trusted and my kids or in the hands of sexual abuser racist

The TRO number 26-22-23
medical excuse But Judge
continue and no lawyer for me
I need a order to show the
kids to make sure they or
ok not through the state.
And taken to a doctor into
I can see my kids make
sure they or okay please.
Get Vegas to her grandmother
my husband is in prison
my child India has been
hurt by DCF.

Thank you

[signature]

[signature]

P.s. Why did the district
court allow the motion to
stop the hearing with him
unless they were just
as guilty of violating
my 14 amendment

Charge them Hate Crime

Turn over

I'm filing a claim about violations under the color law and negligence the case haven't been final, it's a pending termination of parental rights case. And I will provide to the court evidence of the handling of all parties and the retaliation from the first complaint Oct 29, 2021 and the paperwork will clearly show the involment and who could of prevented bad things that happen to both kids and myself which with a order to see my kids kids from a Judge Roberts I haven't been able to see my kids for months since Aug 2022 and denied medical and location. The case worker lied said I was dead at a medical center and to every location with my kids accept the school for my 5 year because I contacted the school board with legal rights that haven't been taken.

Now they same parties plan on me having a hearing this week, 26 of January and 27 the Judge is on my claim and all parties no way I can have a due process when it has been violations over a year.

Tabitha McKenzie

The ~~judge~~ defendent had a hearing 20 to take my rights, even with them knowing about the lawsuit and I didn't have a lawyer about TPR

**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
2000 Drayton Drive,
Tallahassee, Florida 32399-0950
Telephone No. (850) 488-6151

March 6, 2023

T.M.,

        Petitioner(s)

v.

Department of Children and Families,

        Respondent(s).

Case No. - 1D23-0126
L.T. No.:

**BY ORDER OF THE COURT:**

The Court denies all pending motions as moot.

**I HEREBY CERTIFY** that the foregoing is a true copy of the original court order.

Served:
Krystle Cacci
Susan Dixon
Sara Goldfarb
Guardian ad Litem Program
T. M.
Andrew McGinley
Rachel Brooks
Sarah J. Rumph
T.M.

CO

Case No. - 1D23-0126
Page < 2 >



1D2023-0126 March 6, 2023
Kristina Samuels, Clerk
1D2023-0126 March 6, 2023

Case No. - 1D23-0126
Page < 2 >



**Filed 02/06/2023**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION**

CASE NO: 1D32-0126

## CERTIFICATE OF SERVICE

I, Tabitha McKenzie, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by  MAIL  (manner of service; *i.e.*, U.S. Mail, electronic mail, etc.) on this 30 day of 2023, 20 23, to: ~~Furniture~~ provided copy to Andrew McGinley

_____
_____
_____

1-31-2023                                                       [signature]
(Date)                                                          Signature

# Jackson Hospital

*The racist judge had [strikethrough] hearing taken my rights because covid*

**Emergency Department**
4250 Hospital Dr.
Marianna, FL 32446
850-526-2200

Clinician name: Timra Jerkins, ARNP

Patient Name: TABITHA M MCKENZIE
Address: 1305 MCMILLION LN
CHIPLEY, FL 32428
Age: 44 Yr    DOB: 2/8/1978

January 25, 2023

Excuses:
1. No work starting 1/25/2023. Return on 1/28/2023.
2. TABITHA MCKENZIE was treated in the Emergency Room today and TABITHA was released on 1/25/2023

Signature: _____

Turn over

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# _____ DIVISION

CASE NO: 1 D23 - 0126

## CERTIFICATE OF SERVICE

I, Tabitha McCoy, do hereby CERTIFY that a true and correct copy of the foregoing has been furnished by ___hand___ (manner of service; *i.e.,* U.S. Mail, electronic mail, etc.) on this 24 day of January, 20 23, to:

Christopher patterson

_____

_____

_____

1-24-2023

(Date)

Signature

FILED 2023 FEB -6 PM 12: 55 KRISTINA SAMUELS CLERK, DISTRICT COURT OF APPEAL FIRST DISTRICT

# Jackson Hospital

**Emergency Department**
4250 Hospital Dr.
Marianna, FL 32446
850-526-2200

Clinician name: Claudia S Burns, ARNP

Patient Name: TABITHA M MCKENZIE
Address: 1305 MCMILLION LN
CHIPLEY, FL 32428
Age: 44 Yr   DOB: 2/8/1978

January 19, 2023

Excuses:
1. No work starting 1/19/2023. Return on 1/22/2023.

Signature: _____

Tabitha McKenzie
1100 Brickyard Road
Chipley, FL 32428

Legal Mail

Federal Courts
MAY 15 2023
Tallahassee FL 3230[1]



PENSACOLA FL 325
12 MAY 2023 PM 2 L

32301-77636