# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Tabitha Megan Mckenzie
Andrew James Bradley,

_____,
*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** 4:23-CV-198 AW/MAF
*(To be filled in by the Clerk's Office)*

v.

Kevin Crewsbane,
Aid Smith, Sandra Painter,
Christopher Patterson,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☒ YES  ☐ NO

It not are I have to do the work and see which investigator got connection to the foster parent the Judge is a part of this is the only reason why he wouldn't let my kids medical records be release, I'm so scared that both girls or hurt and In pure danger from all that I can show to you or you can view in the case @ 2021-DP-11. I can't even use proper paper to write this on because I can't get the things I need and I had my family & friends to call to speak to LT Duke to use the phone on 5-18-2023 and 5-17-2023 5-16-23

A inmate by the name Perisha massaline in front of officer odom slap then grab me by neck outside and the officer didn't do anything. But I had my hand up in the air in front of a comaro and witness so I been denied to go outside and treated nasty when she her on attempted murder

1. Defendant's Name: Ron Desantis

   Official Position: Governor Florida

   Employed at: Government

   Mailing Address: 400 South Monroe Street Tallahassee, Fl 32399

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Neal Dunn New Dunn

   Official Position: Congress

   Employed at: Government

   Mailing Address: 840 West 11 Street Panama City Fl 32401

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

lawyers and case manager that 2 lawyers I spoke to or email. The fact that my husband got a plea agreement over something that he didn't understand or do how his lawyer Casey Biglow did violate his 14 amendment and so much awful has happen since they from our children was taken both has been phyical/sexual abuse from foster parent that they left my daughter with Ryne & Summer Kendell in Panama City 8 which they have been sending pictures to a investigator at the Washington County Sheriff Department Start with the report had a sit and a IP address and the cop Freeze that work thiee took my phone without giving it to med Ford and I know that he probably showing my picture to my little girl making her do things I'm a praying women and If I'm wrong then I'm sorry but

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

### III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

I'm attaching short information about a total of 36 defendants that have violated my 14 amendment violations with 6 amendment and the drivers Tamen intentionally with Corey Benner lied in court that can be proved by

Dear Clerk,

case number
423cu198

I currently have a claim with your court a 1983 claim involving 34 defendents. I'm currently asking for someone to please send someone to open a diffront investigation about me being house in jail under Judge Patterson and Megan Ford the two defendents on the criminal case 22-107-CF be able to remain on the case? Exspecially Judge Patterson that also a dependent on a civil right claim DO3-0126 the lower court which the clerk made sure that got close out and parties I wanted on it she kept off other then the Judge Patterson and DCF when I wanted the names of DCF

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The attachment has a list of violations that each defendant done which is the 14 amendment and three Judges (amendment along with the 14 amendment)

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I would like for the court decide of the amount of relief. And to consider charging Carey Burner, Britney Baxter, Judy Pittman Rorrer with Hate Crime.

child endangerment and then now I'm expecting them to continue to treat me nasty accept officer weeks he do mail my mail and seem to be very honest even without having stamps or paper. I'm asking for the courts to take over my case from the state to investigate along with my kids safety and for someone to verify they or ok. When my kids shouldn't of been removed but to leave them with the people and agency that hurt them is violating my kids 14 amendment along with why the information hasn't got to the prison for my husband so he could appeal or get someone other then then to review his case. Also my concern is without a emergency hearing my kids and myself or going to continue to get hurt

On March 17, 2023 the Bond got pulled DCF Did a final order Jason Cobb got put on the case so I'm sure all of this was planned to get me locked down and to have my kids adopted off or sold more in human trafficking. Pull the whole case D23-0126 all the mail I sent and notes and the first claim and how it just went dead. They all were aware I was poor and didn't know they law. So they got away with it but your court is able to investigate all matters along with the mail to the Florida Supreme Court Clerk. Please be so kind and ask Churchs or whoever your higher power is to protect myself and kids and that wisdom and grace mercy bring them home to me. If they racist people dont send me away.

Sainder Painter

cause

Sainder Painter violated my husband 1st amendment throughout the whole case. She didn't address the sexual abuse or foster parents wouldn't communicate with him about the case or notice of hearings and not having him brought to hearings about our child Vegeta Bradley and never requested any medical or mental health reports that weren't provided even when our child had found out her lung at 11 is damaged because she could she caught out of home. Ask about the violations of DCF not letting Rosemary Burkett which passed background through FDLE and haven't sent him any legal paperwork at all nor the final order from 1-31-2023. Andy also filed individual civil action complaint on her before this. If so, she remain on the case she did finale conviceded 14 and 6

Timothy Royester (cont.)

On 12-16-2021 when Judge Royester was in a hearing filling in for Judge Johnson I think complain with JQAC of being bias for had information that DCF Lawyer Casey Bender had lied about communication with my kids in he kept saying that. He did address the issue for Charles Williams to being back to court concerning visit with phone calls and a order from Judge Johnson. On 12-16-2021 Judge Royester evicted my 14 am. nunca as well with my kids which allowed DCF to remain on the case with the same dishonest state workers. And we have setter give this and wouldn't contact the sitting judge Patterson even with all inquiries of the abuse and dispicture of kids that was issued to him. He had a duty but didn't do so in fidelity.


4

I also need someone to oversee the appeal 1D23-0942 that Jason Cobb was over but they got this lawyer so I DON'T trust him or none of them. I have all my information in my email tabindiavegas.05@gmail password WAY12345# Pull it with my permission every email that I wrote along with the ones probably the cops or deleting from the phone they took with out a warrent. But ~~release~~ not giving it back or proof that investigator Freeze took it saying it was to ~~see~~ help a case about a gun Stacey Blackmon. He is the one I believe that is tied up to the foster parent and the nude pictures. With the case being on your level do a emergency order and take the kids please and get medical for them and make sure they are ok. And also over me I'm not good one.

*I Dont trust Him*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he delivered a copy of the above styled Notice of Appeal on March 24, 2023, to the following parties:

| | |
|---|---|
| Statewide Director of Appeals<br>Guardian ad Litem Office<br>P.O. Box 10628<br>Tallahassee, FL 32302<br>sara.goldfarb@gal.fl.gov<br>sarah.weitz@gal.fl.gov<br>appellate.e-service@gal.fl.gov<br>justina.anuszewski@gal.fl.gov | Sarah J. Rumph, Esq.<br>Fla. Bar. No. 0653616<br>Appellate Counsel<br>Children's Legal Services<br>325 John Knox Road, Bldg. S<br>Tallahassee, Florida 32303 |
| Casey Barron, Esq.<br>Children's Legal Services<br>Department of Children & Families<br>4481 Clinton St<br>Marianna, FL 32446-3437<br>casey.barron@myflfamilies.com | Eric Love, Esq.<br>State of Florida, Guardian ad Litem Prog<br>PO Box 917<br>Marianna, FL 32447-9107<br>eric.love@gal.fl.gov |
| Washington County Clerk of Courts<br>Dependency Division<br>1293 Jackson Avenue<br>Chipley, FL 32428 | Tabitha McKenzie<br>tabindiavegas0517@gmail.com |

*He was appointed by DCF Judge Patterson I Don't trust Him*

*/s/ Jason Cobb*

JASON A. COBB, ESQ.
FBN: 0143049
1073 Caswell Road
Defuniak Springs Florida 32433
Phone Number: (850) 865-3667
Facsimile Number: (850) 331-6548
Email: jasonandrewcobb@earthlink.net
Attorney for the Mother/Appellant

*He never talk to me either*

I ask that these Defendant be charge with a Hate crime. And I never stop fighting for our rights or children pull the emails pull the Governor inspector general Attorney General Ashley moody Judge Patterson Civil rights FDLE FBI Secatary of State Human trafficking I'm sure I send more then 100000 email about my kids And pull Orange county police report about India And saint petersburg police And then you will see why I got to find my kids And those Defendants get Change with A Hate Crime And Governor DeSantis. Cannt become president no Black people will be safe. I need a federal lawyer So Do my child India and Vegas since the state abuse them and the Human trafficking and racist people
Thank you Tabitha Meek

Tabitha Mckenzie
1140 Brickyard Road
Chipley, Fl 32428

PENSACOLA FL 325
19 MAY 2023 PM

US POSTAGE
$ 00.60
First-Class
Mailed From 32428
05/18/2023
032A 0061835446

Federal Court / Clerk
111 North Adams Street
Suite 322
Tallahassee, Fl 32301

32301-773057