Officer the Investigator on the Phone Freeze 850638-6034 I think is the one getting nude pictures of my Baby

5/13/2023

Dear Clerk

I ask that you accept my 1983 claim and that your court accept the paper work I didn't have ~~a~~ a lawyer or google to help I'm in the Washington County Jail in Chipley Fl. With this court being a Federal you can see everything ~~to~~ the date of the warrant that Judge Patterson sign was the same date the Final judgement that Casey Borden send then it was the same date Jason Cobb got my case on record. They pick the lawyer out so he just as well can't be trusted. I'm worried about my kids the Chipley Sheriff office investigator Freeze got my cell phone But it was a report about Ryne and Summer Kendell sending out nude pictures to a investigator at the sheriff office it might be him why he hasn't

given my phone back or gave me any paper work about the phone. The cover up is so big but the email that all information is tabindiavegas0517gmail you pull up the email from the last two years.

Attorney General Ashley Moody as well had information of my 14 amendment being violated with my kids.

Thank you



Tabitha McKenzie
1100 Brickyard Road
Chipley, FL 32428

United States Courts / Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 32301

MAY 23 2023