# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

SECOND AMENDED

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Tabitha Megan McKenzie

Inmate ID Number: 0006 3204,

(*Write your full name and inmate ID number.*)

v. Casey Burren

Mary Barton,

Charlie Williams,

Megan Joann Ford,

Scott Duke

James Skipper

Case No.: 423 CV 00198 AWMAF
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☒ YES ☐ NO

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)


FILED USDC FLND TL
JUN 14 '23 PM 1:50

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Tabitha McKenzie   ID Number: 000032041

List all other names by which you have been known: _____

Current Institution: Washington County Jail

Address: 1100 Brickyard Road
Chipley Fl 32428

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Mary Barton

    Official Position: Sgt

    Employed at: Washington County Jail

    Mailing Address: 1100 Brickyard Road
    Chipley Fl 32428

    ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: Charlie Williams

   Official Position: Sgt

   Employed at: Washington county Shriff office

   Mailing Address: 711 third street
   Chiply Fl 32428

   ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: Megan Ford

   Official Position: State attorney

   Employed at: Washington County court House

   Mailing Address: 1293 Jackson Ave
   Chiply Fl 32428

   ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☑ Pretrial Detainee         ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☑ Other (*explain below*):

Pending charges from 2022 and 2023 all under Mrs Ford

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

Mary Barton did on May 5 around that week revealed to the whole B Dorm that I was CI and talk about past control buys and pending cases. And had violated my 14 amendment when I was locked with a violent mental ill inmate and was denied to speak to a lawyer or do a report and bullied by other inmate and staff. Scott Dulce the LT of the jail along with Captain Skipper didn't do anything about Mrs Barton but left me to be cruely treated by inmate and staff. On May 30, 2023 Mary Barton did come into C Dorm as a white inmate Madison told her she was going to F up the police talking about myself and anther inmate she threats as Mary Barton laugh at 7PM talking to the inmate they at 9 PM when inmate came with anther white inmate it became violent Both white inmate held myself while I got beat.

**Statement of Facts Continued** (*Page 1 of 8*)

The matter that the defendants clearly could of prevented Mary Barton from continuing to violate my rights to treated as any other inmates that was white by keeping them safe. Now the defendants will probably punish myself more and that could mean more charges or more violence that they allowed to happen to me at the housing that I'm at. I wrote many request to the be house someone eles from the treatment and I did file a complaint with Kevin Crews over the jail but he white and powerful I'm alone with this. And LT Mike and Sgt Williams clearly showed only parts of the video and didn't take my life as value. This couldn't of cost me my life under MARY Barton I dont feel safe with none of the defendents

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

I'm attaching facts about each defendent and each one did violate my 14 amendment along with others such as cover up the racist cruel behaviors and then let two white inmate get away with assult attempted assult but covered it up.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I have wrote attachment for the defendents I would as the court to decide on damages and the amount rather actual or punitive or Both when I will be ex effected for life from this

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 3-6-2023  Case #: D23-0126

   Court: District Court

   Reason: Unsure / It might not be still open

2. Date: _____  Case #: _____

   Court: _____

   Reason: _____

3. Date: _____  Case #: _____

   Court: _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: ~~4:23-cv~~_____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #: ~~4:23 cv 00198 AW MAF~~ Parties: ~~_____~~ megan ford

   Court: United State Court  Judge: Marvin A Fitpatrick

   Date Filed: 5-16-2023  Dismissal Date (*if not pending*): _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____ Parties: _____

   Court: *Florida Supreme* Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

**(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 6-5-2023    Plaintiff's Signature: _____

Printed Name of Plaintiff: Tabitha McKenzie

Correctional Institution: Washington County Jail

Address: 1100 Brickyard Road
Chipley Fl 32428

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the __5__ day of __5__, 20__23__.

Signature of Incarcerated Plaintiff: _____



Tabitha McKenzie
100 Brickyard Road
Graceville FL 32428

United States Courthouse
111 North Adams Street
Tallahassee, FL 32301

Legal Mail