IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TABITHA MCKENZIE,**

    **Plaintiff,**

**v.**                                                                 Case No. 4:23-cv-198-AW-MAF

**CASEY TIDWELL BARREN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 14, 2023 report and recommendation, ECF No. 52, to which there has been no objection. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders." The clerk will then close the file.

SO ORDERED on August 28, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge