4-1-2024

IN United State District
Northern District of Florida
Tallahassee Division

Tabitha Mckenzie

4:23 CV 198
AW MAF

V

Casey Tidwell Barnes

Appeal Denying Post Judgement

I would like to appeal the order denying post Judgement. It has direct evidence to support the grounds along with civil rights violations.

Tabitha Mckenzie
1305 McMillon Lane A
Chipley Fl 32428
850 703-0992

*[signature]*

FILED USDC FLND TL
APR 5 '24 PM 1:59

SOB

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TABITHA MCKENZIE,

    Plaintiff,

v.                                  Case No. 4:23-cv-198-AW-MAF

CASEY TIDWELL BARREN, et al.,

    Defendants.
_____/

## ORDER DENYING POSTJUDGMENT MOTIONS

Plaintiff's postjudgment motions (ECF Nos. 55, 56) are denied. Plaintiff has not shown any legal basis for relief.

The motions' attachments appeared to include confidential materials. The clerk will therefore seal those attachments.

SO ORDERED on November 13, 2023.

                                          *s/ Allen Winsor*
                                          United States District Judge

488
1587

Tabitha McKenzie
1305 McMillion Lane A
Chipley Fl 32428

Retail

U.S. POSTAGE PAID
FCM LG ENV
CHIPLEY, FL 32428
APR 03, 2024
$1.39
R2305K143218-06

32301

RDC 99

CHECKED APR 0 5 2024

United States Court
~~Adams~~ 111 N Adams St #322
Tallahassee Fl 32301